ADRIENNE C. PUBLICOVER, ESQ.  (SBN 161432)
MICHAEL K. BRISBIN, ESQ.  (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Plaintiff,
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FAUSTO FERNANDEZ, an individual; BENJAMIN YUNQUE JR., an individual; RICARDA MAGBUAL, an individual; LORETA SARIO, an individual; TIGRAN KHRLOBIAN, individually and as principal of LIGHTHOUSE INSURANCE MARKETING and principal of PROLINKS INSURANCE SERVICES, INC.; MOSES GAZAZIAN, individually and as principal of LIGHTHOUSE INSURANCE MARKETING and principal of PROLINKS INSURANCE SERVICES, INC.; RAZMIK KHACHATOURIANS, individually and as principal of LIGHTHOUSE INSURANCE MARKETING and principal of PROLINKS INSURANCE SERVICES, INC.; LIGHTHOUSE INSURANCE MARKETING, PROLINKS INSURANCE SERVICES, INC., WELLS FARGO BANK N.A., THE FAUSTO FERNANDEZ 2006 INSURANCE TRUST DATED JANUARY 1, 2007, by and through its Trustees; THE BENJAMIN YUNQUE JR. 2007 INSURANCE TRUST DATED JULY 18, 2007, by and through its Trustees; THE RICARDA MAGBUAL IRREVOCABLE LIFE INSURANCE TRUST DATED JANUARY 26, | Case No.:  1:08-CV-01470 AWI DLB<br><br>**ORDER ON JOINT STIPULATION FOR 30 DAY EXTENSION FOR DEFS. GAZAZIAN, WELLS FARGO, BUCHANAN & LOPEZ TO FILE A RESPONSIVE PLEADING** |

2007, by and through its Trustees; THE LORETA SARIO 2007 INSURANCE TRUST DATED JUNE 25, 2007, by and through its Trustees; BRIAN BUCHANAN, as Trustee of the Fausto Fernandez 2006 Insurance Trust dated January 1, 2007, the Benjamin Yunque Jr. 2007 Insurance Trust dated July 18, 2007, the Ricarda Magbual Irrevocable Life Insurance Trust dated January 26, 2007, and the Loreta Sario 2007 Insurance Trust dated June 25, 2007; NELIA LOPEZ, as Trustee of the Fausto Fernandez 2006 Insurance Trust dated January 1, 2007, the Benjamin Yunque Jr. 2007 Insurance Trust dated July 18, 2007, the Ricarda Magbual Irrevocable Life Insurance Trust dated January 26, 2007, and the Loreta Sario 2007 Insurance Trust dated June 25, 2007; BRIAN MANSON, as Trustee of the Fausto Fernandez 2006 Insurance Trust dated January 1, 2007, the Benjamin Yunque Jr. 2007 Insurance Trust dated July 18, 2007, the Ricarda Magbual Irrevocable Life Insurance Trust dated January 26, 2007, and the Loreta Sario 2007 Insurance Trust dated June 25, 2007; WELLS FARGO BANK N.A., as Trustee of the Fausto Fernandez 2006 Insurance Trust dated January 1, 2007, the Benjamin Yunque Jr. 2007 Insurance Trust dated July 18, 2007, the Ricarda Magbual Irrevocable Life Insurance Trust dated January 26, 2007, and the Loreta Sario 2007 Insurance Trust dated June 25, 2007; and DOES 1 through 10, Inclusive,

     Defendants.

## **ORDER**

In light of the Joint Stipulation of the Parties to extend the time, by 30 days from the original deadline of January 16, 2009, for Defendants MOSES GAZAZIAN, WELLS FARGO, BRIAN BUCHANAN and NELIA LOPEZ to answer Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY'S ("AGLIC") Complaint, and good cause appearing therefore, the Court hereby orders the deadline for Defendants GAZAZIAN, WELLS FARGO, BUCHANAN and LOPEZ to file a responsive pleading is extended thirty (30) days, up to and including Tuesday, February 17, 2009 (because Monday, February 16 is a Court holiday).

---

[Proposed] Order on Joint Stipulation for 30 day Extension for Defs. Gazazian, Wells Fargo, Buchanan & Lopez to file a Responsive Pleading
Case Number:  1:08-CV-1470 AWI (DLBx)
410766.1

2

1
2      **IT IS SO ORDERED**.
3
4
5      Dated: 22 January 2009          ___/s/ *Dennis L. Beck*_____
                                       **HONORABLE DENNIS L. BECK**
6                                      UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order on Joint Stipulation for 30 day Extension for Defs. Gazazian, Wells Fargo, Buchanan & Lopez to file a Responsive Pleading
Case Number:  1:08-CV-1470 AWI (DLBx)
410766.1

3