ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Plaintiff,
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>FAUSTO FERNANDEZ, *et al.*,<br><br>   Defendants. | Case No.: 1:08-CV-01470 AWI DLB<br><br>ORDER CONTINUING THE APRIL 27, 2009 MANDATORY SCHEDULING CONFERENCE |

In light of the Stipulation submitted by AMERICAN GENERAL LIFE INSURANCE COMPANY and Defendants WELLS FARGO BANK, N.A., MOSES GAZAZIAN and BRIAN MANSON to continue the Mandatory Scheduling Conference, and good cause appearing therefore, the Court hereby orders the Mandatory Scheduling Conference scheduled for Monday, April 27, 2009 is continued to Tuesday, June 23, 2009 at 9:00 am.

**IT IS SO ORDERED**.

Dated: 22 April 2009           /s/ Dennis L. Beck
                               **HONORABLE DENNIS L. BECK**
                               MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT